UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NANCY VALENTINE,

    Plaintiff,

v.

BANK OF AMERICA, RIKKI BIANONE,
And JOHN DOES 1-10,

    Defendants.

C.A. No.: _____

**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1141 (FEDERAL QUESTION)**

Under 28 U.S.C. §§ 1331, 1441(a), 1441(b) and 1446, and for the sole purpose of removing this matter to the United States District Court for the District of New Jersey, defendant Bank of America, N.A. ("Defendant") states as follows:

1. <u>State Court Action</u>.

Plaintiff Nancy Valentine filed this action against Defendant in New Jersey Superior, Law Division, Sussex County, Docket No. SSX-L-681-08. A copy of the Complaint received by Defendant by fax on January 14, 2009 is attached as Exhibit 1. As far as Defendant is aware, these documents constitute all "process, pleadings and orders" in the state court action.

2. <u>Federal Jurisdiction</u>.

In her Complaint, Plaintiff has asserted, *inter alia,* claims against Defendant under the Age Discrimination in Employment Act, codified at 29 U.S.C. § 621, *et seq*. The Court has jurisdiction over these claims pursuant to 28 U.S.C. § 1331. Plaintiff also has asserted related state statutory and common law claims against Defendant. The Court has jurisdiction over these claims under 28 U.S.C. § 1367(a), 28 U.S.C. § 1441(c), and 28 U.S.C. § 1332(a)(1).

3. <u>Timeliness of Notice of Removal</u>.

Defendant received a copy of the Complaint by fax on January 14, 2009. Removal of

this action is, therefore, timely under 28 U.S.C. § 1446(b).

4. <u>Venue</u>.

The United States District Court for the District of New Jersey is the district within which Plaintiff's state court action is currently pending.

5. <u>Notice to State Court</u>.

A copy of this Notice of Removal is being filed with the Clerk of the New Jersey Superior Court, Law Division, Sussex County.

6. <u>Relief Requested</u>.

Defendant requests that the United States District Court for the District of New Jersey assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

                                    EDWARDS ANGELL PALMER & DODGE LLP
                                    Attorneys for Defendant,
                                    Bank of America, N.A.

Dated: January 20, 2009                By: <u>/s/ *Ivan R. Novich*</u>
                                                  Ivan R. Novich, Esq.
                                                  One Giralda Farms
                                                  Madison, NJ 07940
                                                  Telephone No. (973) 921-5227
                                                  Fax No. (888)325-9515
                                                  inovich@eapdlaw.com

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. On this date, I served a true copy of the attached:

**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (FEDERAL QUESTION)**

on each of the parties listed below by FedEx (overnight mail) to their attorneys of record at their last known addresses as follows:

| | |
|---|---|
| John G. Lynch, Esq. | Attorney for Plaintiff |
| 40 Main Street | Nancy Valentine |
| Franklin, New Jersey 07416 | |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 20, 2009              /s/ *Alison M. Furness*
                                      Alison M. Furness

PRV 995151.2