UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
:
NANCY VALENTINE,                    :     Honorable Madeline Cox Arleo
                                    :     Civil Action No. 09-262 (SDW)
    Plaintiff                       :
                                    :
    v.                              :     **REPORT AND RECOMMENDATION**
                                    :
BANK OF AMERICA, et al.,            :
                                    :
    Defendants.                     :
_____ :

**THIS MATTER** having come before the Court upon the motion of plaintiff, Nancy Valentine (Brian Laskiewicz, Esq., appearing) to voluntarily dismiss her federal Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq., pursuant to FED. R. CIV. P. 41(b) and to remand the pending action to state court (Docket Entry No. 31) upon notice to defendants, Bank of America and Rikki Buoncuore (Ivan Novich, Esq., appearing), and the Court having considered the papers submitted in support of and in opposition to the motion and having heard the argument of the parties, and for the reasons set forth on the record on October 7, 2010, and for good cause shown;

**IT IS** on this 7th day of October 2010,

**RECOMMENDED THAT** plaintiff's motion to voluntarily dismiss her ADEA claim, pursuant to FED. R. CIV. P. 41(b), be **GRANTED**; and it is further

**RECOMMENDED THAT** plaintiff's motion to remand this action to the Superior Court of New Jersey, Law Division, Sussex County, (Docket Entry No. 31), be **GRANTED**.

The parties have fourteen (14) days from the date hereof to file objections.

                                                          *s/Madeline Cox Arleo*
                                                          MADELINE COX ARLEO
                                                          United States Magistrate Judge

cc:    Hon. Susan D. Wigenton, U.S.D.J.
        Clerk of the Court
        All Parties
        File