UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NANCY VALENTINE, | : | |
| | : | Civil Action No. 09-0262 (SDW) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, ET AL., | : | **ORDER** |
| Defendants. | : | October 22, 2010 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed October 07, 2010, regarding Plaintiff's motion to voluntarily dismiss her federal Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq., pursuant to Fed. R. Civ. P. 41(b) and to remand the case to the Superior Court of New Jersey, Sussex County, Law Division, Civil Part. (Docket Entry No. 31.) Defendant opposes the motion. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS**, on this 22nd day of October, 2010,

**ORDERED** that the R&R of Magistrate Judge Arleo filed October 07, 2010 is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to voluntarily dismiss her ADEA claim pursuant to Fed. R. Civ. P. 41(b), is **GRANTED**; and it is further

**ORDERED** that Plaintiff's motion to remand the case to the Superior Court of New Jersey, Sussex County (Docket Entry No. 31) is **GRANTED.**

s/ Susan D. Wigenton, U.S.D.J.

cc:   Magistrate Judge Madeline C. Arleo
      Parties